SADIE KWESTEL, Appellant, v. HARRY KWESTEL, Respondent.— Motion to strike out amended notice of appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS L. LORILLARD and Others, Plaintiffs, v. RENETTAR REALTY CORPORATION and Others, Defendants. BERNARD KIRSCHENBAUM, Appellant; ANNA SALZBERG, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

PHILIP MAKES, Respondent, v. COMMUNITY FOUNDERS, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

FRANK MONACHELLI, Respondent, Appellant, v. MORRISANIA DAIRY CO., INC., Appellant, Respondent.— Motion to add appeal to the November term calendar denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MATILDA K. MONTUREAN, Respondent, v. HARRY B. MONTUREAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

NEW YORK INVESTORS, INC., Respondent, v. F. B. & W. REALTY CORPORATION and Others, Appellants.— Motion to extend time to answer granted and time extended until ten days after the entry of the order made upon the decision of the appeal. Present — Young, Hagarty, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

ROSE OCKO and WILLIAM OCKO, Respondents, v. LONGLEAF HOLDING CORPORATION, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SANTO PANICIA, Appellant, v. RELAY MOTOR TRUCK CORPORATION, Respondent, and Another, Defendant.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS CONTASANO, Appellant.— Motion to dismiss appeal denied, time to perfect and argue appeal enlarged, and case ordered on the calendar for Monday, January 12, 1931. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IGNATIO SCALFANI, Appellant.— Motion to dismiss appeal denied, time to perfect and argue appeal enlarged, and case ordered on the calendar for Monday, January 12, 1931. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. SHELDON, Appellant.— Time enlarged until case is reached on the November term calendar, and case ordered added to the foot of that calendar. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MILDRED RYAN, Respondent, v. DESSIE F. RYAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.